IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL WAYNE CEPHAS,** | ) | Civil Action No. 7:16cv00148 |
| Plaintiff, | ) | |
| | ) | MEMORANDUM OPINION |
| v. | ) | |
| | ) | By: Norman K. Moon |
| **DR. MCDONALD,** *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

By order entered March 29, 2016, the court conditionally filed this action and directed Cephas to provide certain financial and exhaustion documentation before the court would proceed with his complaint filed pursuant to 42 U.S.C. § 1983. The court advised Cephas that failure to comply with the court's order within ten days would result in dismissal of his complaint without prejudice. Cephas did not respond to the court's order. Inasmuch as the time to respond has passed and Cephas has failed to comply with the court's order, I will dismiss this action without prejudice.

**ENTER**: This 29th day of April, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE