IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL WAYNE CEPHAS,** ) | Civil Action No. 7:16cv00148 |
|     Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: Norman K. Moon |
| **DR. MCDONALD,** *et al.*, ) | United States District Judge |
|     Defendants. ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of this court. The court notes that this dismissal is without prejudice and, thus, does not prevent Cephas from refiling his claims in a separate civil action subject to the applicable limitations period.

The Clerk is directed to send a copy of this order to plaintiff.

**ENTER**: This  29th day of April, 2016.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE